**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Everett LEWIS, Defendant–Appellant.**

**No. 03–20412**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 19, 2004.

Paula Camille Offenhauser, Assistant US Attorney, James Lee Turner, Assistant

US Attorney, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Brent Evan Newton, Raquel Kathy Wilson, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before SMITH, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Everett Lewis appeals from his guilty-plea conviction for possession of ammunition by a convicted felon in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2). Lewis argues that the district court erred in treating his prior state jail felony conviction for possession of less than one gram of cocaine as a "crime punishable by imprisonment for a term exceeding one year" within the meaning of 18 U.S.C. § 922(g)(1). Lewis' prior conviction qualified as a predicate offense for his felon-in-possession conviction. *See United States v. Caicedo–Cuero,* 312 F.3d 697, 705–06 (5th Cir.2002), *cert. denied,* —— U.S. ——, 123 S.Ct. 1948, 155 L.Ed.2d 864 (2003).

Lewis further argues that 18 U.S.C. § 922(g)(1) violates the Second Amendment, the Commerce Clause, and the Equal Protection Clause. Lewis' challenges to the constitutionality of the statute are foreclosed by circuit precedent. *United States v. Darrington,* 351 F.3d 632, 633–35 (5th Cir.2003).

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.